Joel E. Tasca
Nevada Bar No. 14124
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail:  tasca@ballardspahr.com
E-mail:  rubins@ballardspahr.com

*Attorneys for Defendant*
LenderLive Network, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANKIE M. DRISKELL,<br><br>  Plaintiff,<br><br>v.<br><br>TOWNE MORTGAGE COMPANY; LENDERLIVE NETWORK, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION LLC,<br><br>  Defendants. | CASE NO. 2:17-cv-03139-MMD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LENDERLIVE NETWORK, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Frankie M. Driskell ("Plaintiff") and Defendant LenderLive Network, LLC ("LenderLive") stipulate and agree that LenderLive has up to and including March 7, 2018 to respond to Plaintiff's Complaint.  LenderLive has requested, and Plaintiff has agreed to, this time to allow it to investigate Plaintiff's allegations and discuss potential resolution with Plaintiff.

*[Continued on following page.]*

1   This is the first request for an extension for LenderLive's response to
2  Plaintiff's Complaint. The parties submit this stipulation in good faith and not for
3  purposes of delay.
4   Dated: January 30, 2018.

5  Ballard Spahr LLP

Kazerouni Law Group, APC

7  By: /s/ Stacy H. Rubin

By: /s/ Michael Kind
Michael Kind
Nevada Bar No. 13903
6069 South Fort Apache Road #100
Las Vegas, NV 89148

*Attorneys for Plaintiff*

Joel E. Tasca
Nevada Bar No. 14124
Stacy H. Rubin
Nevada Bar No. 9298
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant*
LenderLive Network, LLC

14   **ORDER**
15   IT IS SO ORDERED:

17   _____
UNITED STATES
18   MAGISTRATE JUDGE

19   DATED: 1/31/2018