1 JASON G. REVZIN
Nevada Bar No. 8629
2 LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd, Suite 600
3 Las Vegas, NV 89118
Email: jason.revzin@lewisbrisbois.com
4 Telephone: (702) 693-4344
Fax: (702) 893-3789
5 **Counsel for Trans Union LLC**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION**

| | |
|---|---|
| FRANKIE M. DRISKELL,<br><br>Plaintiff,<br><br>v.<br><br>TOWNE MORTGAGE COMPANY, LENDERLIVE NETWORK, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:17-cv-03139-MMD-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COME NOW Plaintiff Frankie M. Driskell ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On December 29, 2017, Plaintiff filed his Complaint. Trans Union received a copy of the Complaint on January 12, 2018. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is February 2, 2018.

Trans Union's counsel continues to review the allegations of the Complaint and requires additional time to respond to the same in a meaningful fashion. Plaintiff has agreed to extend the

/ / /

/ / /

/ / /

/ / /

/ / /

deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until March 5, 2018. This is the first extension requested as to this specific deadline.

DATED: February 1, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
JASON G. REVZIN
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Email: jason.revzin@lewisbrisbois.com
Telephone: (702) 693-4344
Fax: (702) 893-3789
*Counsel for Trans Union LLC*

**KAZEROUNI LAW GROUP, APC**

*/s/ Michael Kind*
MICHAEL KIND.
Nevada Bar No. 13903
6069 South Fort Apache Road, Ste. 100
Las Vegas, NV 89148
Telephone: (800) 400-6808 x7
Fax: (800) 520-5523
Email: mkind@kazlg.com
*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 1st day of February, 2018.

_____
U.S. DISTRICT MAGISTRATE JUDGE