Steve Morris, NV Bar No. 1543
Raleigh Thompson, NV Bar No. 11296
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
sm@morrislawgroup.com
rct@morrislawgroup.com

Attorneys for Defendant
Towne Mortgage Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANKIE M. DRISKELL,<br><br>Plaintiff,<br><br>v.<br><br>TOWNE MORTGAGE COMPANY; LENDERLIVE NETWORK, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-03139-MMD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Plaintiff and Defendant Towne Mortgage Company ("Towne") stipulate that Towne may have to and including February 19, 2018, to file its response to the Complaint, which the Parties ask the Court to approve.

This is the Parties' first stipulation to extend the time for Towne to respond to the Complaint. This extension of time to respond is necessary to give Towne's counsel sufficient time to meaningfully assess

Plaintiff's claims before responding to the Complaint. This stipulation is not made for purposes of delay.

By /s/ Steve Morris
   Steve Morris (1543)
   Raleigh C. Thompson (11296)
   MORRIS LAW GROUP
   411 E. Bonneville Ave., Suite 360
   Las Vegas, Nevada 89101

Attorneys for Defendant
Towne Mortgage Company

By /s/ Michael Kind
   Michael Kind (13903)
   KAZEROUNI LAW GROUP, APC
   6069 S. Fort Apache Rd., Suite 100
   Las Vegas, Nevada 89148

   David H. Krieger (9086)
   HAINES & KRIEGER, LLC
   8985 S. Eastern Ave., Suite 350
   Henderson, Nevada 89123

Attorneys for Plaintiff
Frankie M. Driskell

## ORDER

IT IS SO ORDERED.

_____
GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE

DATED 02/01/2018

2