Steve Morris, NV Bar No. 1543
Raleigh C. Thompson, NV Bar No. 11296
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
sm@morrislawgroup.com
rct@morrislawgroup.com

Attorneys for Defendant
Towne Mortgage Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANKIE M. DRISKELL,<br><br>Plaintiff,<br><br>v.<br><br>TOWNE MORTGAGE COMPANY; LENDERLIVE NETWORK, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-03139-MMD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Plaintiff and Defendant Towne Mortgage Company ("Towne") stipulate that Towne may have to and including March 21, 2018, to file its response to the Complaint, which the Parties ask the Court to approve.

This is the Parties' second stipulation to extend the time for Towne to respond to the Complaint. This second extension of time to respond is necessary to give the parties additional time to exchange

MORRIS LAW GROUP
411 E. BONNEVILLE AVE, SUITE 360, LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

information and their counsel sufficient time to meaningfully assess Plaintiff's claims to determine if settlement can be achieved before responding to the Complaint. This second stipulation is not made for purposes of delay.

By /s/ Steve Morris
   Steve Morris (1543)
   Raleigh C. Thompson (11296)
   MORRIS LAW GROUP
   411 E. Bonneville Ave., Suite 360
   Las Vegas, Nevada 89101

Attorneys for Defendant
Towne Mortgage Company

By /s/ Michael Kind
   Michael Kind (13903)
   KAZEROUNI LAW GROUP, APC
   6069 S. Fort Apache Rd., Suite 100
   Las Vegas, Nevada 89148

   David H. Krieger (9086)
   HAINES & KRIEGER, LLC
   8985 S. Eastern Ave., Suite 350
   Henderson, Nevada 89123

Attorneys for Plaintiff
Frankie M. Driskell

**ORDER**

IT IS SO ORDERED.

_____
GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE

DATED  2/21/2018

2