Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Frankie M. Driskell*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Frankie M. Driskell,<br><br>            Plaintiff,<br>v.<br><br>Towne Mortgage Company, LenderLive Network, LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC and Trans Union LLC,<br><br>            Defendants. | Case No. 2:17-cv-03139-MMD-GWF<br><br>**Stipulation of Dismissal of Towne Mortgage Company with Prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Frankie M. Driskell ("Plaintiff") and Defendant Towne Mortgage Company ("Defendant") stipulate to dismiss with prejudice all claims made by Plaintiff against Defendant in this case. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 31st day of October 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**MORRIS LAW GROUP**

By: /s/ Steve L. Morris
Steve L. Morris, Esq.
6385 S. Rainbow Blvd. Suite 600
Las Vegas, NV 89118
Raleigh C. Thompson
411 E. Bonneville Ave. Ste. 360
Las Vegas, NV 89101
*Attorneys for Towne Mortgage Company*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: October 31, 2018

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil |
| 3 | Procedure that on October 31, 2018, the foregoing Stipulation was served via |
| 4 | CM/ECF to all parties appearing in this case. |
| 5 | |
| 6 | **KAZEROUNI LAW GROUP, APC** |
| 7 | |
| 8 | By: /s/ Michael Kind |
| | Michael Kind, Esq. |
| 9 | 6069 S. Fort Apache Rd., Ste. 100 |
| | Las Vegas, NV 89148 |