1  Joel E. Tasca
   Nevada Bar No. 14124
2  Stacy H. Rubin
   Nevada Bar No. 9298
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   E-mail: tasca@ballardspahr.com
6  E-mail: rubins@ballardspahr.com

7  *Attorneys for Defendant*
   LenderLive Network, LLC

8

9

10

                **UNITED STATES DISTRICT COURT**

                     **DISTRICT OF NEVADA**

11

12  FRANKIE M. DRISKELL,                    CASE NO. 2:17-cv-03139-MMD-GWF

13            Plaintiff,
                                            **STIPULATION AND ORDER TO
14  v.                                      DISMISS LENDERLIVE NETWORK,
                                            LLC WITH PREJUDICE**
15  TOWNE MORTGAGE COMPANY;
    LENDERLIVE NETWORK, LLC;
16  EXPERIAN INFORMATION
    SOLUTIONS, INC.; EQUIFAX
17  INFORMATION SERVICES, LLC; AND
    TRANS UNION LLC,

18            Defendants.

19

20        Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff

21  Frankie M. Driskell ("Plaintiff") and Defendant LenderLive Network, LLC

22  ("LenderLive") (together, the "Parties"), by and through their respective

23  undersigned counsel of record, hereby stipulate to and agree, as follows:

24        1.    The Parties have entered into a confidential settlement agreement

25  with respect to this action.

26

27

28

2. The Parties stipulate and agree to dismiss with prejudice all claims made by Plaintiff against LenderLive in this action, with each party to bear its own costs and fees.

DATED this 31st day of October, 2018.

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
   Michael Kind, Esq.
   Nevada Bar No. 13903
   6069 S. Fort Apache Road, Suite 100
   Las Vegas, Nevada 89148

   David H. Krieger, Esq.
   Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
   8985 S. Eastern Avenue, Suite 350
   Las Vegas, Nevada 89123

*Attorneys for Plaintiff* Frankie M. Driskell

BALLARD SPAHR LLP

By: /s/ Stacy H. Rubin
   Joel E. Tasca, Esq.
   Nevada Bar No. 14124
   Stacy H. Rubin, Esq.
   Nevada Bar No. 9298
   1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135

*Attorneys for Defendant* LenderLive Network, LLC

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE

DATED: October 31, 2018